**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-00174

CELLPORT SYSTEMS, INC.,

       Plaintiff,

  vs.

KYOCERA CORPORATION,
KYOCERA COMMUNICATIONS, INC. and
KYOCERA WIRELESS CORP.,

       Defendants.

---

**ORDER ON STIPULATION TO DISMISS WITHOUT PREJUDICE KYOCERA CORPORATION AND KYOCERA WIRELESS CORPORATION**

---

The Court having reviewed the Stipulation to Dismiss Without Prejudice Kyocera Corporation and Kyocera Wireless Corporation, and being fully advised in the premises thereof, hereby:

GRANTS the Stipulation, and dismisses without prejudice defendants Kyocera Corporation and Kyocera Wireless Corporation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED this 1st day of April, 2013.

                                                BY THE COURT:

                                                _____
                                                R. Brooke Jackson
                                                United States District Judge