IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00174-RBJ

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

KYOCERA CORPORATION,
KYOCERA COMMUNICATIONS, INC., and
KYOCERA WIRELESS CORP.,

    Defendants.

---

ORDER GRANTING JOINT REQUEST TO STAY ALL DATES
THROUGH SEPTEMBER 23, 2013

---

    It is hereby ORDERED that the Request to Stay All Dates Through September 23, 2013 submitted by the parties in their Joint Notice of Pending Settlement, is granted finding good cause shown in light of the pending settlement and in the interests of judicial economy and efficiency. All dates set forth in the Joint Civil Scheduling Order (Doc. 31) between and among the parties are stayed through and including September 23, 2013. Should a stipulated dismissal with prejudice of this action not be filed by the parties by September 23, 2013, any deadlines falling within the stay will be due on or before September 30, 2013.

    DATED this 13th day of August, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1