IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00174-RBJ

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

KYOCERA CORPORATION,
KYOCERA COMMUNICATIONS, INC., and
KYOCERA WIRELESS CORP.,

    Defendants.

---

ORDER GRANTING JOINT SECOND REQUEST TO STAY ALL DATES
THROUGH OCTOBER 14, 2013

---

It is hereby ORDERED that the Second Request to Stay All Dates Through October 14, 2013 submitted by the parties in their Joint Second Notice of Pending Settlement, is granted finding good cause shown in light of the pending settlement and in the interests of judicial economy and efficiency. All dates set forth in the Joint Civil Scheduling Order (Doc. 31) between and among the parties are stayed through and including October 14, 2013. Should a stipulated dismissal with prejudice of this action not be filed by the parties by October 14, 2013, any deadlines falling within the stay will be due on or before October 21, 2013.

DATED this 19th day of September, 2013.

BY THE COURT:

_____

2

                          R. Brooke Jackson
                          United States District Judge